UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDRICK FELTON SHORTS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-1701** |
| **CHINESE RESTAURANT** | **SECTION: "S" (4)** |

## ORDER

The Court, having considered the complaints, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kendrick Felton Shorts' Complaint be **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 20th day of September, 2010.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**